


Douglas B. Lipsky - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

August 15, 2019

VIA ECF
The Honorable Alison J. Nathan, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    Olsen v. Officina Profuma Farmaceutica Di Santa Maria Novella of
              America Corporation, 1:19-cv-1984 (AJN)

Dear Judge Nathan:

      This firm represents Plaintiff Thomas J. Olsen and we submit this letter on behalf of all parties to advise the Court the parties have reached a settlement, resolving this matter. The parties, accordingly, respectfully request (i) this matter be dismissed and discontinued without costs, and without prejudice to Plaintiff's right to open the action within thirty days of the Court's Order if the settlement is not consummated, and (ii) any existing deadlines and conferences be adjourned *sine die*, including the August 16, 2019, 3:30 p.m., Rule 16 Conference.

      We appreciate the Court's attention to this submission.

      Respectfully submitted,
      LIPSKY LOWE LLP


      s/ Douglas B. Lipsky
      Douglas B. Lipsky

CC: Alexander Dudelson (Via ECF)